**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 14-6737**

———————————

TERELL MOORE,

             Plaintiff - Appellant,

        v.

ADAM CROUSE, Sergeant, Tazewell County Sheriff's Office;
DAVID D. MILLS, Captain, Tazewell County Sheriff's Office;
GARY S. MOORE, Evidence Manager/Supervisor, Tazewell County
Sheriff's Office; HENRY S. CAUDILL, Sheriff, Tazewell County
Sheriff's Office; TAZEWELL COUNTY, Municipality,

             Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   James P. Jones, District
Judge. (7:14-cv-00043-JPJ-RSB)

———————————

Submitted:  October 21, 2014        Decided:  October 24, 2014

———————————

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Terell Moore, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terell Moore appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Moore v. Crouse, No. 7:14-cv-00043-JPJ-RSB (W.D. Va. Apr. 14, 2014). We deny Moore's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED